UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---

BERGEN ROCKLAND ERUV ASSOCIATION, INC., YISROEL FRIEDMAN and S. MOSHE PINKASOVITS

      Plaintiffs,

-against-

THE TOWNSHIP OF MAHWAH

      Defendant.

Civ. A. No. 2:17-cv-06054

---

[     ] **ORDER ON CONSENT ADMITTING YEHUDAH L. BUCHWEITZ, JESSIE B. MISHKIN, AND DAVID YOLKUT** *PRO HAC VICE*

**THIS MATTER** having been brought before the Court by Plaintiffs Bergen Rockland Eruv Association, Inc., Yisroel Friedman, and S. Moshe Pinkasovits, through their attorneys Weil, Gotshal & Manges LLP upon applications for the admission of Yehudah L. Buchweitz, Jessie B. Mishkin, and David Yolkut of Weil, Gotshal & Manges LLP *pro hac vice* pursuant to Local Rule 101.1(c), defendant, through defendant's counsel, having consented to the entry of such Order, and the Court having considered the matter and good cause show,

**IT IS ON THIS** 14th day of August, 2017

**ORDERED** that the applications for *pro hac vice* admission of Yehudah L. Buchweitz, Jessie B. Mishkin, and David Yolkut are granted; and

**IT IS FURTHER ORDERED** that Yehudah L. Buchweitz, Jessie B. Mishkin, and David Yolkut shall abide by all rules of this Court, including all disciplinary rules, and shall notify the Court immediately of any matter affecting his standing at the bar of any court;

**IT IS FURTHER ORDERED** that Diane P. Sullivan or another attorney at Weil, Gotshal & Manges LLP who is an attorney at law of this Court shall (a) be attorney of record in this case in accordance with Local Civil R. 101.1(c); (b) be served all papers in this action and such service shall be deemed sufficient service upon counsel; (c) sign (or arrange for a member of the firm to sign) all pleadings, briefs, and other papers submitted to this Court; and (d) be responsible for the conduct of the cause and counsel in this matter;

**IT IS FURTHER ORDERED** that Yehudah L. Buchweitz, Jessie B. Mishkin, and David Yolkut shall make payments to the New Jersey Lawyer's Fund for Client Protection, pursuant to N.J. Court Rule 1:28-2, for each year in which he represents the client in this matter; and

**IT IS FURTHER ORDERED** that Yehudah L. Buchweitz, Jessie B. Mishkin, and David Yolkut shall each pay $150.00 to the Clerk of the Court, pursuant to Local Civil Rule 101.1(c)(3).



United States Magistrate Judge