UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

BERGEN ROCKLAND ERUV ASSOCIATION, INC., YISROEL FRIEDMAN and S. MOSHE PINKASOVITS

Plaintiffs,

-against-

THE TOWNSHIP OF MAHWAH

Defendant.

Civ. No. 2:17-cv-06054-JMV-CLW

AFFIDAVIT OF SERVICE

### AFFIDAVIT OF SERVICE ON THE TOWNSHIP OF MAHWAH

I, SAMUEL BRODA, am over the age of eighteen (18) years and am not a party to this action.

On the 11th day of August 2017, I caused a true and correct copy of the Complaint in the above-captioned case to be served via FedEx, a form of mail requiring a signature, upon counsel for the Township of Mahwah: Brian Chewcaskie, Gittleman, Muhlstock, Chewcaskie, L.L.P., 2200 Fletcher Avenue, 5th Floor, Fort Lee, NJ 07024.

I affirm that the foregoing is true and correct.

*[signature: Samuel H Broda]*

Sworn to before me this
6th day of September 2017

*[signature]*
Notary Public

Ethna Clarke Serkanic
Notary Public, State of New York
No. 01SE4958123
Qualified in New York County
Commission Expires March 22, 20 18