UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BERGEN ROCKLAND ERUV ASSOCIATION, INC., YISROEL FRIEDMAN and S. MOSHE PINKASOVITS<br><br>Plaintiffs,<br><br>-against-<br><br>THE TOWNSHIP OF MAHWAH<br><br>Defendant. | Civ. No. 2:17-cv-06054-JMV-CLW<br><br>AFFIDAVIT OF SERVICE |

## AFFIDAVIT OF SERVICE ON THE TOWNSHIP OF MAHWAH

I, PATRICK G. MILLS, am over the age of eighteen (18) years and am not a party to this action.

On the 14th day of August 2017, I caused a true and correct copy of the Summons in the above-captioned case to be served via FedEx, a form of mail requiring a signature, upon counsel for the Township of Mahwah: Brian Chewcaskie, Gittleman, Muhlstock, Chewcaskie, L.L.P., 2200 Fletcher Avenue, 5th Floor, Fort Lee, NJ 07024.

I affirm that the foregoing is true and correct.

*/s/ Patrick Mills*

Sworn to before me this
6th day of September 2017

*/s/ Camille Parrilla*
Notary Public

CAMILLE ANITA PARRILLA
Notary Public - State of New York
NO. 01GE6194619
Qualified in Queens County
My Commission Expires Oct 6, 2020