**CLEARY GIACOBBE ALFIERI JACOBS, LLC**
Attorneys at Law
169 Ramapo Valley Road
Upper Level – Suite 105
Oakland, New Jersey 07436
Telephone: (973)845-6700
Facsimile: (201)644-7601
Richard Gantner, Esq.
rgantner@cgajlaw.com
*Attorneys for Defendant, The Township of Mahwah*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| BERGEN ROCKLAND ERUV ASSOCIATION, INC., YISROEL FRIEDMAN and S. MOSHE PINKASOVITS,<br><br>　　　　　　　Plaintiffs<br><br>vs.<br><br>THE TOWNSHIP OF MAHWAH,<br><br>　　　　　　　Defendant. | Civil Action No. 2:17-cv-06054-JMV-CLW<br><br>**STIPUALTION EXTENDING TIME TO FILE AN ANSWER, MOVE OR OTHEWISE REPLY** |

It is hereby stipulated by and between the parties herein acting by their respective counsel that the prescribed period of time within which the above named Defendant, The Township of Mahwah, may answer or otherwise move with respect to the Complaint herein be extended until Friday, November 3, 2017 and consent is hereby given to the filing of this stipulation with the Clerk of the Court.

**WEIL GOTSHAL & MANGES, LLP**         **CLEARY GIACOBBE ALFIERI JACOBS, LLC**
Attorney for Plaintiffs                Attorneys for Defendant


By: */s/ Yehudah L. Buchweitz*      By: */s/ Richard Gantner*
    Yehudah L. Buchweitz            Richard Gantner, Esq.

Dated: September 19, 2017