**CLEARY GIACOBBE ALFIERI JACOBS, LLC**
Attorneys at Law
169 Ramapo Valley Road
Upper Level – Suite 105
Oakland, New Jersey 07436
Telephone: (973)845-6700
Fax: (201) 644-7601
*Attorneys for Defendant, The Township of Mahwah*

So ordered
C/Wol
1/16/18

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| BERGEN ROCKLAND ERUV ASSOCIATION, INC., YISROEL FRIEDMAN and S. MOSHE PINKASOVITS,<br><br>Plaintiffs<br><br>vs.<br><br>THE TOWNSHIP OF MAHWAH,<br><br>Defendant. | Civil Action No.<br>2:17-cv-06054-JMV-CLW<br><br>**FOURTH STIPULATION EXTENDING TIME TO FILE AN ANSWER, MOVE OR OTHERWISE REPLY TO THE COMPLAINT** |

It is hereby stipulated and agreed by and between the parties, acting through and with consent of their respective counsel identified by their signatures below, that the time within which the above-named Defendant, the Township of Mahwah, may answer, respond, or otherwise move with respect to the Complaint shall be extended for the last time until January 31, 2018.

**WEIL GOTSHAL & MANGES, LLP**      **CLEARY GIACOBBE ALFIERI JACOBS**
Attorney for Plaintiffs                             Attorneys for Defendant


By: *s/ Yehudah L. Buchweitz*           By: *s/ Richard Gantner*
    Yehudah L. Buchweitz, Esq.              Richard Gantner, Esq.