UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

BERGEN ROCKLAND ERUV ASSOCIATION, INC., YISROEL FRIEDMAN and S. MOSHE PINKASOVITS

Plaintiffs,

-against-

THE TOWNSHIP OF MAHWAH

Defendant.

Civ. No. 2:17-cv-06054-JMV-CLW

**NOTICE OF DISMISSAL**

---

WHEREAS, Plaintiffs Bergen Rockland Eruv Association, Inc., Yisroel Friedman and S. Moshe Pinkasovits (collectively, "Plaintiffs") filed a Complaint against Defendant Township of Mahwah ("Defendant," and together with Plaintiffs, the "Parties") in the above action on August 11, 2017;

WHEREAS, the Parties entered into a Settlement Agreement and Release, dated January 31, 2018 (Doc. No. 23-1) (the "Settlement Agreement"), resolving all claims in this action;

WHEREAS, while the Court on February 15, 2018 ordered the Clerk of the Court to close this matter (Doc. No. 24) (the "February 15 Order"), the Settlement Agreement obligates the Plaintiffs to apply for dismissal within seven days of the issuance of the February 15 Order;

WHEREAS, the Court agreed to retain jurisdiction to enforce the terms of the Settlement Agreement in the February 15 Order; and

WHEREAS, Defendant has not served a responsive pleading to date.

NOTICE IS HEREBY PROVIDED by Plaintiffs, through their undersigned attorneys, that Plaintiffs' Complaint against Defendant is hereby dismissed with prejudice pursuant to F.R.C.P. 41(a)(1)(A)(i), and, except where otherwise agreed to in the Settlement Agreement, with each

Party to bear its own respective litigation costs and attorneys' fees; provided, however, that pursuant to the February 15 Order, the Court shall retain jurisdiction to enforce the terms of the Settlement Agreement.

Dated:   New York, New York
         February 21, 2018

_____
Yehudah L. Buchweitz
Robert G. Sugarman
David Yolkut
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
(212) 310-8000
robert.sugarman@weil.com
yehudah.buchweitz@weil.com
david.yolkut@weil.com

Diane P. Sullivan
WEIL, GOTSHAL & MANGES LLP
17 Hulfish Street, Suite 201
Princeton, NJ 08542
(609) 986-1120
diane.sullivan@weil.com

*Attorneys for Plaintiffs*

WEIL:\96436843\3\99995.5854